IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv- 00844-AP

JOEY M. LYNCH,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | TROY A. EID |
| 3500 South Wadsworth Blvd., Suite 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Deputy Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | United States Attorney's Office |
| Attorney for Plaintiff-Appellant | District of Colorado |
| Joey M. Lynch | kevin.traskos@usdoj.gov |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-9815 |
| | (303) 844-0770 (facsimile) |
| | Stephaine.Fishkin.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** April 23, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** April 30, 2008

**C. Date Answer and Administrative Record Were Filed:** August 11, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states that there are problems with the written designated record:

1. The written designated record is incorrectly captioned as Case No. 00244.
2. The Court Transcript Index indicates pages 70-76, 147-149 and 234 to 261 have been removed.
3. The Exhibits are poorly identified. For example, the resume of the vocational expert at R 25 is indexed as "Notice of Hearing". The Application for Supplemental Security Income at R 32 is indexed as Earnings record in the Court Transcript Index.

Defendant states that

1. The incorrect caption is an error.
2. The Court Transcript Index indicates pages 70-76, 147-149 and 234 to 261 have been removed because these pages referenced another claimant not related to this claim.
3. The vocational expert's resume was part of the

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** October 13, 2008

**B. Defendant's Response Brief Due:** November 12, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** November 27, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 2nd day of September, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Robert K. Gruber | TROY A. EID |
| Robert K. Gruber | United States Attorney |
| 3500 South Wadsworth Blvd., Suite 215 | |
| Lakewood, Colorado 80235-2382 | KEVIN TRASKOS |
| Telephone (303) 986-6400 | Deputy Chief, Civil Division |
| FAX (303) 986-6800 | United States Attorney's Office |
| E-mail: bobgruber@earthlink.net | District of Colorado |
| Attorney for Plaintiff-Appellant | kevin.traskos@usdoj.gov |
| | |
| | s/ Stephanie Lynn F. Kiley |
| | Stephanie Lynn F. Kiley |
| | Special Assistant U.S. Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0815 |
| | (303) 844-0770 (facsimile) |
| | e-mail Stephaine.Fishkin.Kiley@ssa.gov |
| | |
| | Attorneys for Defendant |