IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00844-REB

JOEY M. LYNCH,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

**ORDER GRANTING UNOPPOSED PLAINTIFF'S ATTORNEY'S APPLICATION FOR AN AWARD OF ATTORNEY FEES UNDER 42 U.S.C. § 406(b)**
_____

**Blackburn, J.**

The matter before me is the **Unopposed Plaintiff's Attorney's Application for an Award of Attorney Fees under 42 U.S.C. § 406(b)** [#24] filed August 24, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that the Defendant should be ordered to pay the amount of $5,131.00 directly to the attorney for the Plaintiff from the monies being held by the Defendant from the Plaintiff's past-due benefits.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Plaintiff's Attorney Application for an Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b)** [#24] filed August 24, 2010 is **GRANTED**;

2. That the Defendant pay directly to counsel, attorney fees in the amount of $5,131.00.

Dated August 26, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge